CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 03 2014

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ADRIAN NATHANIEL BACON, | ) | Civil Action No. 7:13cv00324 |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| WALTER SWINEY, *et al.*, | ) | By: Samuel G. Wilson |
|     Defendants. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that defendants' motion for summary judgment (ECF No. 37) is **DENIED**. Further, defendants' motion for a protective order as to discovery (ECF No. 32) is **DENIED** as moot.

The Clerk is directed to send a copy of this order and the accompanying memorandum opinion to the parties.

**ENTER**: April 3, 2014.

/s/
UNITED STATES DISTRICT JUDGE